IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DEBRA RICHARDSON-WOOD,

    Plaintiff,

v.

FAURECIA EXHAUST SYSTEMS, LLC,

    Defendant.
_____/

Case No. 3:12 cv 167

Hon. Timothy S. Black

## ORDER

The Court, having reviewed Defendant's "Motion for Designation as Trial Counsel," hereby grants same. IT IS ORDERED that, pursuant to S. D. Ohio Civ. R. 83.4(a), Gregory V. Murray be designated as co-trial counsel in the representation of Defendant in this litigation.

Dated:    8/28/12

*Timothy S. Black*
Hon. Timothy S. Black

FWDS01 KMA 269902v1