IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DEBRA RICHARDSON-WOOD,

       Plaintiff,

v

FAURECIA EXHAUST SYSTEMS, Inc.,
d/b/a FAURECIA EMISSIONS CONTROL
TECHNOLOGIES
       Defendant.

_____/

Case No. 3:12 cv 167

Hon. Timothy S. Black

## STIPULATED ORDER TO AMEND CAPTION

The parties to this action having stipulated to the relief granted herein:

IT IS HEREBY ORDERED that the caption in this matter be amended to correctly identify the Defendant as Faurecia Exhaust Systems, Inc., d/b/a Faurecia Emissions Control Technologies.

Dated: 10/2/2012

*Timothy S. Black*
United States District Court Judge

Stipulated and agreed:

/S/ Michael C. Thompson
Ohio Registration #0041420
Trial Attorney for Plaintiff
5 N. Williams Street
Dayton, OH 45402
Tel: (937) 224-4600
Mcthompsonlaw1@aol.com

/S/ Gregory V. Murray
Michigan Registration P29411
Co-Trial Attorney for Defendant
Vercruysse Murray & Calzone, P.C.
31780 Telegraph Road, Suite 200
Bingham Farms, MI 48025
Tel: (248) 540-7024
gmurray@vmclaw.com