UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DEBRA RICHARDSON-WOOD,

    Plaintiff,

vs.

FAURECIA EXHAUST SYSTEMS, LLC,

    Defendant.

Case No. 3:12-cv-167

Judge Timothy S. Black

## AMENDED CALENDAR ORDER

This civil action is before the Court on the parties' joint motion to extend the calendar. (Doc. 18). The motion is hereby **GRANTED**, the Calendar Order (Doc. 14) is **VACATED**, and the Court enters the following Amended Calendar Order:

| | |
|---|---|
| Status conference by telephone parties shall call 1-888-684-8852:[1] | **March 27, 2013 at 10:45 a.m.** |
| Discovery deadline: | **April 29, 2013** |
| Dispositive motion deadline:[1] | **June 13, 2013** |
| Status Conference by telephone parties shall call 1-888-684-8852: | **July 12, 2013 at 11:30 a.m.** |
| Final pretrial conference in Dayton Chambers, Room 902: | **September 26, 2013 at 9:30 a.m.** |
| Jury Trial in Dayton: | **October 7, 2013 at 9:30 a.m.** |

**IT IS SO ORDERED**.

Date: 3/18/2013

_s/ Timothy S. Black_____
Timothy S. Black
United States District Judge

---

[1] Access code: 8411435; Security code: 123456.

[2] *See* the Standing Order Governing Civil Motions for Summary Judgment: http://www.ohsd.uscourts.gov/judges/fpblack.htm