IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DEBRA RICHARDSON-WOOD,   Case No.: 3:12-CV-167

    Plaintiff,   Judge Timothy S. Black

vs.

FAURECIA EXHAUST SYSTEMS, INC.,

    Defendant.

---

### CONDITIONAL ORDER OF DISMISSAL

---

The Court having been advised by counsel that this case has settled without an award of cost, interest or attorney fees to either party;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 15 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Dated: 4/4/13

Timothy S. Black
United States District Judge